# Exhibit 1

September 18, 2023

**By Certified Mail**
MIDLAND CREDIT MANAGEMENT, INC
320 E BIG BEAVER RD STE 300
TROY, MI 48083

Dear Sir or Madam:

    I understand you are claiming that I owe you and/or your client money.

    I'm disputing this debt (and all other debts you claim that I have) under the Fair Debt Collection Practices Act only. You can find all the debts you claim to have on me – I dispute them all. Please note I do <u>NOT</u> want you to send me any information – I simply want you to know that I dispute any debts you claim to have on me. This is not a request for validation or verification. I am not interested in you sending me any documentation. I'm trying to be clear – do not send me any documentation through the mail as receiving mail from you is inconvenient to me.

    If you want to communicate with me, there are only two convenient ways I want you to communicate with me – text and email. All other ways are inconvenient, and I do not want you to communicate with me in any way other than email or text. You can email me at ███████████@gmail.com and you can text me at ████████-1300.

    The only convenient times to communicate with me (only by text and email) are Monday to Friday from 1 pm to 4 pm. All other times are inconvenient for me so only communicate with me from 1 pm to 4 pm.

Thank you.


YOULANDA ARRINGTON
Date of Birth: ███████████, 1975
Last 4 Social: XXX-XX-6508
███████████████████
OXFORD, AL █████

*Certified Mail #9414811898765413791525 Date: 09/18/2023*